UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 10-2008-MK |
| | ) | |
| JOHN DOYLE HOPSON | ) | |

ORDER

On Motion of the Government and for good cause shown and other considerations, it is hereby **ORDERED** that the Criminal Compliant filed in this matter is dismissed.

So **ORDERED** this ____ day of _____, 2011.

_____
E. CLIFTON KNOWLES
U.S. Magistrate Judge

APPROVED FOR ENTRY:

 *s/Darryl A. Stewart*
Assistant United States Attorney